174 A.3d 514

N.E., AS LEGAL GUARDIAN FOR INFANT J.V., PLAINTIFF-PETI-
TIONER, v. STATE OF NEW JERSEY, DEPARTMENT OF
CHILDREN AND FAMILIES, DIVISION OF YOUTH AND FAM-
ILY SERVICES, NUSSETTE PEREZ, AND FELIX UMETITI,
DEFENDANTS-RESPONDENTS.

C–75 September Term 2017
079337

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003717–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.